1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10    GREGORY C. BONTEMPS,

11              Plaintiff,                    No. CIV S-07-0353 MCE EFB P

12         vs.

13    DAY, et al.,

14              Defendants.          <u>FINDINGS & RECOMMENDATIONS</u>

15    _____/

16         Plaintiff is a prisoner without counsel suing for alleged civil rights violations.  *See* 42

17    U.S.C. § 1983.  He filed his complaint on February 22, 2007.  On December 4, 2007, the court

18    found that the complaint stated cognizable claims as to defendants Day and Yearwood, but not as

19    to defendants Skinner, Kramer, Win or Tuggle.  The court gave plaintiff 20 days to submit

20    materials for service of process on defendants Day and Yearwood, or, alternatively, 30 days to

21    file an amended complaint.

22         The times for acting have passed and plaintiff has not submitted the materials necessary

23    to serve process on defendants Day and Yearwood, nor has he filed an amended complaint or

24    otherwise responded to the December 4, 2007, order.[1]

25    _____

26         [1] Although it appears from the file that plaintiff's copy of the order was returned,
      plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his

1

1    Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

2 prejudice.  *See* Fed. R. Civ. P. 41(b).

3    These findings and recommendations are submitted to the United States District Judge

4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days

5 after being served with these findings and recommendations, any party may file written

6 objections with the court and serve a copy on all parties.  Such a document should be captioned

7 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections

8 within the specified time may waive the right to appeal the District Court's order. *Turner v.*

9 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

10 DATED:  January 31, 2008.

11

12                                                    EDMUND F. BRENNAN
                                                    UNITED STATES MAGISTRATE JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25 current address at all times.  Pursuant to Local Rule 83-182(f), service of documents at the
   record address of the party is fully effective.

26